USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2024



## JUSTICIA LABORAL

**November 22, 2024**

**To:**
**Judge Mary Kay Vyskocil**
**Via Pacer/ECF**

  **Re: 1:22-cv-07033-MKV Reyes v. SHR Group Inc. et al**

Dear Judge Vyskocil:

  The above captioned case is an FLSA case, and it is currently docketed for an in-person hearing on Plaintiff's Motion For Default Judgment on January 8, 2025 at 3:00 pm. *See* Docket No. 25. I am pleased to report that Defendants retained counsel and the Parties have reached a settlement in principle. Counsel for the parties are currently working on memorializing the settlement in writing, and we anticipate that will be completed within fourteen days, and that the motion for approval pursuant to *Cheeks v. Freeport Pancake House,* 796 F.3d 199 (2nd Cir. 2015) will be filed within fourteen days thereafter. Accordingly, I request that the January 8, 2025 hearing be stricken; or if the Court deems it necessary to keep the hearing on the docket, that it be converted to a telephonic hearing. For the record, I practice out of Chicago, Illinois, and travel to said hearing would pose an undue financial burden relative to the size of this case.

  Thank you for your attention to this matter.

**Plaintiffs**

s/Daniel I. Schlade
Counsel For Plaintiff
Justicia Laboral, LLC
6232 N. Pulaski, #300
Chicago, IL 60646
773-550-3775
dschlade@justicialaboral.com

cc: Wojciech Jackowski

---

**The hearing scheduled for January 8, 2025 for is AJOURNED *sine die.***

**IT IS HEREBY ORDERED that the parties shall submit a motion for settlement approval, and the supporting materials, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) no later than December 23, 2024.**

**The Clerk of Court is respectfully requested to terminate the motion pending at ECF No. 28.**

**SO ORDERED.**

Date: 11/22/2024
New York, New York

Mary Kay Vyskocil
United States District Judge

---

*Justicia Laboral, LLC, 6232 N. Pulaski, #300, Chicago, IL 60646*
*dschlade@justicialaboral.com, 773-550-3775*