USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN REYES,

               Plaintiff,

-against-

SHR GROUP INC.,

               Defendant.

22-cv-7033 (MKV)

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

MARY KAY VYSKOCIL, United States District Judge:

        Plaintiff filed a motion for default judgment on November 6, 2024. [ECF No. 24]. Shortly thereafter, Plaintiff informed the Court that the parties have reached a settlement in principal and have moved for settlement approval, [ECF No. 34], in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, Plaintiff's motion for default judgment is DENIED as moot.

        The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 24.

**SO ORDERED.**

Date: April 2, 2025
New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**